UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JON GONSOULIN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. |
| | * | |
| M/V CINDY R, its equipment, appurtenances, furniture, etc., *in rem*, and | * * | |
| GULF SOUTH MARINE | * | SECTION "  " |
| TRANSPORTATION, INC., *in personam* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### VERIFIED COMPLAINT

NOW INTO COURT, through undersigned counsel, comes plaintiff Jon Gonsoulin and for his complaint against the motor vessel CINDY R, its equipment, appurtenances, furniture, etc., *in rem*, and Gulf South Marine Transportation, Inc., *in personam*, alleges as follows:

### The Parties

1.

Plaintiff, Jon Gonsoulin ("Gonsoulin"), is an individual of the age of majority, and a resident of and domiciled in Terrebonne Parish, Louisiana.

2.

Defendant, Gulf South Marine Transportation, Inc. ("Gulf South Marine"), is a corporation organized and existing under the laws of the State of Louisiana, and with its principal place of business in Jefferson Parish, Louisiana.

3.

Defendant, the motor vessel CINDY R, a steel-hulled, U.S.-flagged vessel bearing U.S. Coast Guard No. 624641, that is now or will be during the pendency of this action within this District and the jurisdiction of this Court.

**Jurisdiction and Venue**

4.

This is a maritime tort action brought pursuant to Rule 9(h) of the Federal Rules of Civil Procedure. This action is within the Court's admiralty jurisdiction pursuant to United States Constitution Article 3, Section 2, 28 U.S.C. § 1333, and 46 U.S.C. § 30101.

5.

Venue is proper in this Court because the acts giving rise to the civil action occurred in this District, the defendant Gulf South Marine has its principal place of business in this District, and the defendant CINDY R is or will be in this District.

**Facts and Claim**

6.

Gonsoulin is the owner of certain real property located at 474 Keely Ann Drive, Houma, Louisiana 70360, abutting the Intracoastal Waterway.

7.

Gulf South Marine was at all times relevant herein the registered owner and operator of the motor vessel CINDY R.

8.

On Sunday, February 22, 2015, the CINDY R was traveling eastbound in the Intracoastal Waterway with a tow of six salt barges.

9.

At approximately 2100 hours local time on February 22, 2015, the CINDY R and/or her tow allided with the bulkhead of Gonsoulin's Keely Ann property on the Intracoastal Waterway. The allision caused substantial damage to the bulkhead and adjoining property of the Keely Ann property, including but not limited to an infinity pool.

10.

As a result of the damages, part of bulkhead for the Keely Ann property will need to be taken out for repairs, which are estimated to be $350,000. Additional repairs will be required to the remainder of the property and amenities as a result of the allision, which repairs and/or replacement of the infinity pool range from $200,000 to $1,200,000.

11.

The aforesaid incident was caused as a result of Gulf South Marine's negligence, violation of navigational regulations, failure to comply with local navigation customs and/or usage, vessel unseaworthiness, improper navigation, lack of due care, lack of skill, lack of training, lack of attention, failure to properly maintain and/or utilize the CINDY R's propulsion system, failure to properly maintain and/or utilize the CINDY R's steering system, failure to properly maintain and/or utilize the CINDY R's engine system, failure to properly equip and/or man the CINDY R, improper management of the CINDY R and/or her crew, and or other failures, acts or omissions of Gulf South Marine which may be shown at trial, and was not caused in any way by Gonsoulin.

12.

Pursuant to the rule of *The Oregon*, 158 U.S. 186 (1895), the CINDY R is presumed to be at fault for the incident. As owner and operator of the CINDY R, Gulf South Marine is liable for the acts and/or omissions of the CINDY R, her master and crew, and the barges in her tow.

13.

Under the general maritime law and the Commercial Instruments and Maritime Liens Act, Gonsoulin has a maritime lien against the CINDY R to secure Gonsoulin's claim for damages, plus interest as it accrues, costs, and collection expenses, and further amounts as they become due.

14.

With the commencement of this action and arrest of the CINDY R according to the Supplemental Admiralty Rules C and E, or the posting of security by the CINDY R or Gulf South Marine to avert arrest, Gonsoulin will have done all things necessary to perfect his maritime lien.

15.

As shown by the Verifying Affidavit, the following allegations are true and correct and within the admiralty jurisdiction of this Court.

WHEREFORE, plaintiff prays:

1. That, if subsequently requested by plaintiff, process in due form of law issue against the CINDY R, its equipment, appurtenances, furniture, etc., *in rem*, and that all persons having a claim and any interest therein appear and answer, all and singular, the matters aforesaid;

2. That after due proceedings are had there be judgment in favor of Jon Gonsoulin and against Gulf South Marine Transportation, Inc., *in personam*, and the CINDY R, its equipment, appurtenances, furniture, etc., *in rem*, for the full amount of the indebtedness owed to Jon Gonsoulin, together with interest, cost, and other collection expenses, and that the CINDY R be condemned and sold to secure and satisfy any judgment herein in favor of Jon Gonsoulin.

3. For such other relief as may be proper and this Court competent to grant.

Respectfully submitted,

/s/ Scott R. Wheaton, Jr.
SCOTT R. WHEATON, JR., T.A., LA BAR # 13395
D. LANCE CARDWELL, LA BAR #34476
LUGENBUHL, WHEATON, PECK,
   RANKIN & HUBBARD
Suite 2775, Pan-American Life Center
601 Poydras Street
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
Attorneys for Jon Gonsoulin

CLERK:   Please issue Summons for:

Gulf South Marine Transportation, Inc.
*Through its registered agent:*
A.J. Herbert III
2100 Energy Centre Building
1100 Poydras St.
New Orleans, LA 70163

CLERK:   Please withhold issuance of a warrant of arrest.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JON GONSOULIN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. |
| | * | |
| M/V CINDY R, its equipment, appurtenances, furniture, etc., *in rem*, and | * * | |
| GULF SOUTH MARINE TRANSPORTATION, INC., *in personam* | * * * | SECTION " " |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### VERIFYING AFFIDAVIT

STATE OF LOUISIANA

PARISH OF TERREBONNE

BEFORE ME, the undersigned notary public, came and appeared

**Jon Gonsoulin**

who, after being duly sworn, did depose and say:

That he is the owner of certain real property located at 474 Keely Ann Drive, Houma, Louisiana 70360; that he is duly authorized to make this Verification; that he has reviewed the above and foregoing Verified Complaint; and that all of the allegations of fact therein contained are true and correct to the best of his knowledge, information, and belief.

_____
Jon Gonsoulin

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 10th DAY
OF FEBRUARY, 2016.

_____
NOTARY PUBLIC #062981